IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

LORI C. COPPERNOLL,

    Plaintiff,

v.

MICHAEL ASTRUE,
Commissioner of Social Security,

    Defendant.

JUDGMENT IN A CIVIL CASE

Case No. 10-cv-535-bbc

    This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of plaintiff and the decision of defendant Michael J. Astrue, Commissioner of Social Security, denying plaintiff Lori Coppernoll's application for disability insurance benefits is reversed and remanded under sentence four of 42 U.S.C. § 405(g).

By: *L. Jensen, Deputy Clerk*
    Peter Oppeneer, Clerk of Court

MAY 1 6 2011
    Date